IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAWN DEWAYNE BURTON                                                        PLAINTIFF

v.                          CASE NO. 4:25-CV-00605-BSM

UNITED STATES OF AMERICA                                                    DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE